IN THE COURT OF APPEALS OF TENNESSEE
AT KNOXVILLE

# CHRISTY MICHELLE BERRY v. LESTER STEPHEN BERRY

**Appeal from the Chancery Court for Knox County**
**No. 148677-2          Daryl R. Fansler, Chancellor**

_____

**No. E2004-01832-COA-R3-CV - FILED MAY 31, 2005**

_____

CHARLES D. SUSANO, JR., concurring.

I concur in the majority's opinion. I write separately to stress that which is missing in this case, *i.e.*, evidence, be it in the form of expert testimony or otherwise, showing that the subject child has been, or can reasonably be expected to be, adversely affected by his mother's lifestyle. In my opinion, the trial court's judgment must be reversed because of a lack of proof to support its critical finding of adverse effect.

_____
CHARLES D. SUSANO, JR., JUDGE